UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE SMITH,

    Plaintiff,

v                                              Case No. 1:04-cv-651

                                                                                                    Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

The decision of the Commissioner denying benefits is AFFIRMED.

Entered this 14th day of March, 2006.

                                                                /s/ Wendell A. Miles
                                                                Wendell A. Miles
                                                                Senior U.S. District Judge